STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
URMILA R. TAYLOR, CSBN 234655
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Tel.: (415) 977-8958
    Facsimile: (415) 744-0134
    Email: urmila.taylor@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE M. ORDUNO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. ED CV 15-821-MRW<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for further administrative proceedings consistent with the Remand Order filed concurrently herewith.

DATED: October 13, 2015

_____
HON. MICHAEL WILNER
UNITED STATES MAGISTRATE JUDGE